

## Genser & Watkins LLP
*Attorneys at Law*

May 1, 2006

Honorable Joseph C. Spero
Judge of the U.S. District Court
Northern District
450 Golden Gate Avenue
San Francisco, CA  94102-3489

Re:   Rasheed v. Purlantov, Case No. C 06-00423̶2̶ 0422 JCS

Dear Judge Spero:

I represent plaintiff in the above-referenced matter.  A Case Management Conference had been scheduled for Friday, May 5, 2006 at 1:30 p.m.  I received notice this afternoon that the conference has been rescheduled to 9:30 a.m.

I have a pre-existing hearing scheduled in Martinez at 8:30 a.m. and I would not be able to appear in person in your Court at 9:30, but I could arrange to be available by telephone.  I would very much appreciate it if you would allow me to appear at the Case Management Conference by phone.

Please note, also, that we have only just served Defendant within the last few days, and he has not appeared yet.  As such, the substance of the CMC may be somewhat limited in any case.

Thank you for your consideration.  Should you allow me to appear by phone, the number is (510) 237-6916.

                              Very truly yours,

                              /S/
                              Leonard H. Watkins

                              Dated:  May 3, 2006

LHW:dac



IT IS SO ORDERED
Judge Joseph C. Spero

*125 Park Place, Suite 210, Point Richmond, California 94801 tel: (510) 237-6916 fax: (510) 232-7331*
*61 Moraga Way, Suite 207, Orinda, California 94563 tel: (510) 237-6916 fax: (925) 689-0335*