

**Genser & Watkins LLP**
*Attorneys at Law*

June 8, 2006

Honorable Joseph C. Spero
Judge of the U.S. District Court
Northern District
450 Golden Gate Avenue
San Francisco, CA 94102-3489

**Re:** **Rasheed v. Purlantov, Case No. C 06-004232 JCS**

Dear Judge Spero:

I represent plaintiff in the above-referenced matter. A Case Management Conference in this matter had been scheduled for Friday, June 16, 2006 at 1:30 p.m. I would very much appreciate it if you would allow me to appear at the Case Management Conference by phone.

Thank you for your consideration. Should you allow me to appear by phone, the number is (510) 237-6916.

Very truly yours,

Leonard H. Watkins

LHW:dac

Dated: June 9, 2006



IT IS SO ORDERED
Judge Joseph C. Spero

125 Park Place, Suite 210, Point Richmond, California 94801 tel: (510) 237-6916 fax: (510) 236-9851
1600 Riviera Street, Suite 415, Walnut Creek, California 94596 tel: (925) 943-7190 fax: (925) 885-0335
www.genserandwatkins.com