**SCHWARTZ & CERA LLP**
44 MONTGOMERY SUITE 3850 • SAN FRANCISCO, CA 94104
TEL 415.956.2600 Fax 415.438.2655
www.schwartz-cera.com

June 15, 2006

<u>**VIA FACSIMILE**</u>
**(415) 522-3636**

Honorable Joseph C. Spero
Judge of the U.S. District Court
Northern District
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102-3489

    Re:    *Rasheed v. Purlantov*
             Case No. C 06-004232 JCS
             Case Management Conference: June 16, 2006; 1:30 P.M.

Dear Judge Spero:

    My firm has just recently been retained to represent Igor Perlantov in the referenced case and we expect to appear on his behalf. We have been in touch with Leonard Watkins and he is contacting his client to gain permission to lift the default. Under the circumstances, we are wondering if tomorrow's Case Management Conference can be put off for several weeks. Mr. Watkins has no objection to this request for a continuance. If it is not possible to continue the hearing, then I would appreciate it if I could appear by telephone, as is Mr. Watkins. I am scheduled to be away from the City tomorrow, June 16. I can be reached at (925) 274-0970.

    Thank you for your courtesy.

                            Very truly yours,

                            SCHWARTZ & CERA LLP

                            Douglas R. Schwartz

IT IS HEREBY ORDERED that the parties shall submit a joint stipulation with a new case management conference date.

cc: Leonard H. Watkins
     Igor Purlantov

Dated: June 19, 2006

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

EMPIRE STATE BUILDING 350 Fifth Avenue, Suite 7106 • NEW YORK, NY 10118 • TEL: 212.537.6269 FAX: 917.591.5184

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is Schwartz & Cera LLP, 44 Montgomery Street, Suite 3850, San Francisco, California 94104. On June 15, 2006, I served the within document(s):

**LETTER TO HONORABLE JOSEPH C. SPERO REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Leonard H. Watkins
Genser & Watkins LLP
125 Park Place, Ste. 210
Point Richmond, CA  94801

    _X_   (FACSIMILE) –transmitting the document(s) listed above to the fax number(s) set forth below.  The fax machine used complied with California Rules of Court §2003(3) and no error was reported.

    ____   (MAIL) - placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

    ____   (MESSENGER) – personally delivering a copy of each document(s) to a messenger to be personally delivered to the person(s) at the address(es) listed below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 16, 2006 at San Francisco, California.

_/s/ Linda Love-Roy_

PROOF OF SERVICE     1