1   DOUGLAS R. SCHWARTZ (State Bar No. 98666)
    PETRA M. REINECKE (State Bar No. 154482)
2   SCHWARTZ & CERA LLP
    44 Montgomery Street, Suite 3850
3   San Francisco, California 94104
    Telephone:  (415) 956-2600
4   Facsimile:  (415) 438-2655

5
    Attorneys for Defendant
6   IGOR PURLANTOV

7

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO VENUE

12

13   KAMAL AHMAD RASHEED, as          )   Case No. C 06-~~004232~~ 00422 JCS
     executor of the estate of MOHAMAD )
14   IBRAHIM DARWISH HAJ ALI ,        )   **STIPULATION AND ORDER LIFTING**
                                       )   **DEFAULT AND SETTING NEW CASE**
15        Plaintiff,                   )   **MANAGEMENT CONFERENCE DATE**
                                       )
16        vs.                          )
                                       )
17                                     )
     IGOR PURLANTOV,                   )
18                                     )
          Defendant.                   )
19                                     )
                                       )
20   _____     )

21

22        The parties to this action, by and through their respective counsel, hereby agree and

23   stipulate that the default entered in this matter on June 12, 2006, against the defendant, Igor

24   Purlantov, shall be lifted forthwith.  Mr. Purlantov agrees that he shall not contest the manner

25   of service of the Summons and Complaint upon him in this action.  Mr. Purlantov shall have

26   20 days from the filing date of this Stipulation and Order to respond to the Complaint.

27

28

The parties further stipulate and agree that a Case Management Conference shall be scheduled for August 25, 2006, at 1:30 p.m.

Dated: July 5, 2004                          SCHWARTZ & CERA LLP

                                             _____
                                             Douglas R. Schwartz
                                             Attorneys for Defendant
                                             IGOR PURLANTOV

Dated: July 6, 2006                          GENSER & WATKINS LLP

                                             _____
                                             Leonard H. Watkins
                                             Attorneys for Plaintiff
                                             KAMAL AHMAD RASHEED

## **ORDER**

It is so ordered.

Dated: July 18, 2006

                                             The Honorable Joseph C. Spero
                                             United States Magistrate Judge

---

2

STIPULATION AND ORDER LIFTING DEFAULT
AND SETTING NEW CASE MANAGEMENT CONFERENCE DATE
(Case No. C 06-~~004232~~ JCS)
00422