UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL AHMAD RASHEED,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>IGOR PURLANTOV,<br><br>　　　　Defendant(s).<br>_____/ | Case No.  06-0422 JCS<br><br>**ORDER GRANTING IN PART, DENYING IN PART DEFENDANT'S MOTION TO STAY [Docket No. 26] AND FURTHER CASE MANAGEMENT CONFERENCE AND PRETRIAL ORDER** |

On August 4, 2006, Defendant filed a Motion to Stay Action (the "Motion").

On September 15, 2006, the Motion came on for hearing. Leonard Watkins, counsel for Plaintiff, appeared. Douglas R. Schwartz, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED in part to the extent that discovery is STAYED for ninety (90) days from the date of this Order as to depositions, interrogatories, or request for admissions addressed to the Defendant. All other discovery is open. The time for Defendant to file an answer has been extended for a period of ninety (90) days from the date of this Order. The remainder of the Motion is DENIED.

IT IS HEREBY FURTHER ORDERED that the parties shall file an updated joint case management conference statement which shall include the status of the FBI investigation and/or prosecution, and a proposed schedule for the remainder of this case by **December 1, 2006**. A further case management conference is set for **December 8, 2006, at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  September 18, 2006

　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge