DOUGLAS R. SCHWARTZ (State Bar No. 98666)
PETRA M. REINECKE (State Bar No. 154482)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys for Defendant
IGOR PURLANTOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| KAMAL AHMAD RASHEED, as executor of the estate of MOHAMAD IBRAHIM DARWISH HAJ ALI, <br><br> Plaintiff, <br><br> vs. <br><br> IGOR PURLANTOV, <br><br> Defendant. | Case No. C 06-00422 JCS <br><br> **APPLICATION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF PARTY *PRO SE*** <br><br> Dept.: Courtroom A, 15th Floor <br> Judge: Hon. Joseph C. Spero <br> Trial: TBA |

Defendant Igor Purlantov and his attorneys of record, Schwartz & Cera LLP, hereby request the Court to enter an order permitting the withdrawal of Schwartz & Cera LLP and the substitution *Pro Se,* pursuant to Northern District of California Local Rule 11-5, of:

Igor Purlantov
7435 Eastern Avenue, #5103
Las Vegas, Nevada, 89123
(917) 517-2247
e-mail ipurlan@yahnoo.com.

---

1

APPLICATION AND ORDER RE: WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF PARTY *PRO SE*
(Case No. C 06-00422 JCS)

I, Igor Purlantov, the defendant in this action, respectfully request that I be substituted *pro se* for the law firm of Schwartz & Cera LLP in this action. I have been apprised of the upcoming Further Case Management Conference set for December 8, 2006 at 1:30 p.m.

Dated: September 27, 2006

_____
Igor Purlantov

On behalf of Schwarz & Cera LLP, pursuant to the request of our client, Igor Purlantov, I respectfully request that the Court enter the Order below permitting us to withdraw and substituting Igor Purlantov *pro se*.

Dated: ~~September~~ October 5, 2006        SCHWARTZ & CERA LLP

_____
Douglas R. Schwartz
Attorneys for Defendant
IGOR PURLANTOV

### ORDER

It is hereby ordered that Schwartz & Cera LLP is, as of the date of service of this Order, relieved as counsel for Defendant Igor Purlantov, who shall proceed in this action *pro se*.

Dated: October 6, 2006

_____
The Honorable Joseph C. Spero
United States Magistrate Judge