

### Genser & Watkins LLP
*Attorneys at Law*

January 8, 2007

Honorable Joseph C. Spero
Judge of the U.S. District Court
Northern District
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: **Rasheed v. Purlantov, Case No. C 06-00422 JCS**

Dear Judge Spero:

I represent plaintiff in the above-referenced matter. A Case Management Conference in this matter had been scheduled for Friday, January 19, 2007 at 1:30 p.m. I would very much appreciate it if you would allow me to appear at the Case Management Conference by phone.

Thank you for your consideration. Should you allow me to appear by phone, the number is (510) 237-6916.

Very truly yours,

Leonard H. Watkins

LHW:dac

cc: Igor Purlantov

IT IS SO ORDERED

Joseph C. Spero, Magistrate Judge
Date:

125 Park Place, Suite 210, Point Richmond, California 94801 tel: (510) 237-6916 fax: (510) 236-9851
1600 Riviera Street, Suite 415, Walnut Creek, California 94596 tel: (925) 943-7190 fax: (925) 885-0335
www.genserandwatkins.com