UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMAL AHMAD RASHEED,

    Plaintiff(s),

v.

IGOR PURLANTOV,

    Defendant(s).

_____/

No. C 06-00422 JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-10(c), a further case management conference was scheduled on January 19, 2007, at 1:30 p.m., before this Court in the above-entitled case. Joshua Genser, counsel for Plaintiff, was present. Defendant was not present.

IT IS HEREBY ORDERED that Defendant shall appear on **February 16, 2007, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why default should not be entered for Defendant's failure to appear at the further case management conference on January 19, 2007, and for Defendant's failure to comply with this Court's Order of December 12, 2006. A further case management conference is also scheduled for February 16, 2007, at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 22, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge