

**Genser & Watkins LLP**
*Attorneys at Law*

May 10, 2007

Honorable Joseph C. Spero
Judge of the U.S. District Court
Northern District
450 Golden Gate Avenue
San Francisco, CA  94102-3489

**Re:    Rasheed v. Purlantov, Case No. C 06-00422 JCS**

Dear Judge Spero:

I represent plaintiff in the above-referenced matter.  A Case Management Conference and Motion re Entry of Default Judgment in this matter has been scheduled for Friday, May 18, 2007 at 9:30 a.m.  I would very much appreciate it if you would allow me to appear at the hearing by phone.

Thank you for your consideration.  Should you allow me to appear by phone, the number is (510) 237-6916.

        Very truly yours,


        Leonard H. Watkins

LHW:dac

cc:    Igor Purlantov

Dated:  May 10, 2007

*[Signed and sealed by Judge Joseph C. Spero, United States District Court, Northern District of California]*

*125 Park Place, Suite 210, Point Richmond, California 94801 tel: (510) 237-6916 fax: (510) 236-9851*
*1600 Riviera Street, Suite 415, Walnut Creek, California 94596 tel: (925) 943-7190 fax: (925) 885-0335*
*www.genserandwatkins.com*